SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiffs
NHU WEINBERG, SAMANTHA GONGORA,
JULIA STEELE, OMOLADE OGUNSANYA,
NANCI SILLS, KRISTA BESSINGER, and
IKUHIRO IHARA

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NHU WEINBERG, SAMANTHA GONGORA, JULIA STEELE, OMOLADE OGUNSANYA, NANCI SILLS, KRISTA BESSINGER, IKUHIRO IHARA, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 4:23-cv-04016-~~DMR~~ AMO<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO STAY CASE PENDING MEDIATION** |

1       Pursuant to Civil Local Rule 6-2, Plaintiffs Nhu Weinberg, Samantha Gongora, Julia

2   Steele, Omolade Ogunsanya, Nanci Sills, Krista Bessinger, and Ikuhiro Ihara ("Plaintiffs") and

3   Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc.

4   (hereinafter "Defendant") (Plaintiffs and Defendant shall collectively be referred to as the

5   "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

6       WHEREAS, on August 24, 2023, the federal court in the matter entitled *Eitan Adler v.*

7   *Twitter, Inc. and X Corp.*, Case No. 3:23-cv-01788-JD (N.D. Cal.) ordered the parties to mediate

8   the plaintiff's claims, and the parties have scheduled such mediation to take place on December

9   1–2, 2023;

10      WHEREAS, counsel for the Parties have conferred and agreed that the interests of

11  preserving judicial economy and the Parties' collective time and resources would be best served

12  by including the pending Action within the scope of mediation ordered by the federal court in

13  *Adler*;

14      WHEREAS, in service of judicial economy counsel for the Parties have conferred and

15  agreed to request a temporary stay of this Action, including all currently pending deadlines,

16  briefing schedules, court conferences, motion hearings and Court decisions through January 2,

17  2024, given that mediation will occur in December; and

18      WHEREAS, Plaintiffs have not yet served the Complaint on Defendants and this case is

19  not yet at issue.

20      NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's

21  approval:

22      1.      This Action shall be stayed through January 2, 2024;

23      2.      All pending pre-trial and discovery-related deadlines shall be continued to after

24  January 2, 2024;

25      3.      The Case Management Conference currently scheduled for November 15, 2023

26  shall be taken off calendar and continued to a date after January 2, 2024; and

27      4.      The Parties shall report to the Court the status of settlement discussions by January

28  2, 2024, and indicate their position as to whether the stay should be continued or lifted.

STIPULATION AND [PROPOSED] ORDER
TO STAY CASE PENDING MEDIATION
Case No. 4:23-cv-04016-AMO

1

2          IT IS SO STIPULATED.

3                                    Respectfully submitted,

4                                    NHU WEINBERG, SAMANTHA GONGORA,
                                     JULIA STEELE, OMOLADE OGUNSANYA,
5                                    NANCI SILLS, KRISTA BESSINGER, and
                                     IKUHIRO IHARA

6
                                     By their attorneys,
7

8                                    /s/ Shannon Liss-Riordan
                                     Shannon Liss-Riordan, SBN 310719
9                                    Bradley Manewith (pro hac vice forthcoming)
                                     LICHTEN & LISS-RIORDAN, P.C.
10                                   729 Boylston Street, Suite 2000
                                     Boston, MA 02116
11                                   (617) 994-5800
                                     email:  sliss@llrlaw.com; bmanewith@llrlaw.com
12

13                                   Respectfully submitted,

14                                   X CORP. as successor in interest to
                                     TWITTER, INC.
15
                                     By their attorneys,
16

17                                   /s/ Eric Meckley
                                     Eric Meckley, SBN 168181
18                                   Brian D. Berry, SBN 229893
                                     Ashlee N. Cherry, SBN 312731
19                                   Kassia Stephenson, SBN 336175
                                     MORGAN, LEWIS, & BOCKIUS LLP
20                                   One Market, Spear Street Tower
                                     San Francisco, CA 94105
21                                   (415) 442-1000
                                     email: eric.meckley@morganlewis.com;
22                                   email: brian.berry@morganlewis.com

23

24    Dated:        September 19, 2023

25

26

27

28
                                                     STIPULATION AND [PROPOSED] ORDER
                                        3            TO STAY CASE PENDING MEDIATION
                                                     Case No. 4:23-cv-04016-AMO

1

**[PROPOSED] ORDER**

2    Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby

3 orders that, to allow the Parties to mediate the claims in this Action:

4    1.  This Action is hereby stayed through January 2, 2024.

5    2.  All pending pre-trial and discovery-related deadlines shall be continued to dates

6 after January 2, 2024.

7    3.  The Case Management Conference currently scheduled for November 15, 2023 is

8 hereby vacated and off calendar.

9    3.  The Parties shall submit a joint status report no later than January 2, 2024

10 regarding the status of settlement discussions and indicate their position as to whether the stay

11 should be continued or lifted.

12

13 Dated: September 22, 2023                             

14                     Honorable Araceli Martínez-Olguín

15                     District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO STAY CASE PENDING MEDIATION
Case No. 4:23-cv-04016-AMO