1  SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
2  BRADLEY MANEWITH (*pro hac vice* forthcoming)
(bmanewith@llrlaw.com)
3  LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
4  Boston, MA 02116
Telephone:    (617) 994-5800
5  Facsimile:    (617) 994-5801
6
Attorneys for Plaintiffs
7  NHU WEINBERG, SAMANTHA GONGORA,
JULIA STEELE, OMOLADE OGUNSANYA,
8  NANCI SILLS, KRISTA BESSINGER, and
IKUHIRO IHARA
9

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:    +1.650.843.4000
Fax:    +1.650.843.4001

Attorneys for Defendant
X CORP. AS SUCCESSOR IN
INTEREST TO TWITTER, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

NHU WEINBERG, SAMANTHA GONGORA,
JULIA STEELE, OMOLADE OGUNSANYA,
NANCI SILLS, KRISTA BESSINGER,
IKUHIRO IHARA, and others similarly
situated,

                Plaintiffs,

        vs.

TWITTER, INC. and X CORP.,

                Defendants.

Case No. 3:23-cv-04016-AMO

**JOINT STATUS REPORT**

DB2/ 47195111.1

1    Plaintiffs Nhu Weinberg, Samantha Gongora, Julia Steele, Omolade Ogunsanya, Nanci

2  Sills, Krista Bessinger, and Ikuhiro Ihara ("Plaintiffs") and Defendant X Corp., on its own behalf

3  and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiffs and

4  Defendant shall collectively be referred to as the "Parties"), by and through their undersigned

5  counsel, hereby submit the following Joint Status Report:

6    The Parties engaged in settlement discussions and attended a mediation on December 1,

7  2023 in an effort to resolve this matter.  The Parties were unable to resolve the claims in this

8  matter at mediation.  Accordingly, the Parties stipulate and request the following:

9    1.    The stay previously entered in this matter shall be lifted effective immediately;

10   2.    Plaintiffs have not yet served the Summons and Complaint in this action upon

11         Defendant and intend to do so by January 16, 2024; and

12   3.    A Case Management Conference should be scheduled to occur sometime in March

13         2024, subject to the Court's calendar.

14  IT IS SO STIPULATED.

Respectfully submitted,

15

16  NHU WEINBERG, SAMANTHA GONGORA,
    JULIA STEELE, OMOLADE OGUNSANYA,

17  NANCI SILLS, KRISTA BESSINGER, and
    IKUHIRO IHARA

18

19  /s/ *Shannon Liss-Riordan*
    Shannon Liss-Riordan, SBN 310719

20  Bradley Manewith (*pro hac vice* forthcoming)
    LICHTEN & LISS-RIORDAN, P.C.

21  729 Boylston Street, Suite 2000
    Boston, MA 02116

22  (617) 994-5800
    email:  sliss@llrlaw.com

23  email:  bmanewith@llrlaw.com

24  Respectfully submitted,

25  X CORP. as successor in interest to
    TWITTER, INC.

26

27  /s/ *Eric Meckley*
    Eric Meckley, SBN 168181

28  Brian D. Berry, SBN 229893

2

DB2/ 47195111.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ashlee N. Cherry, SBN 312731
Kassia Stephenson, SBN 336175
MORGAN, LEWIS, & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
email: eric.meckley@morganlewis.com
email: brian.berry@morganlewis.com

Dated:            January 2, 2024

JOINT STATUS REPORT
Case No. 4:23-cv-04016-AMO

DB2/ 47195111.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Status Report and Request to Lift Stay and for GOOD CAUSE appearing, the Court hereby orders that:

1.      The stay previously entered in this matter is hereby lifted, effective immediately.

2.      Plaintiffs shall serve the Summons and Complaint upon Defendant by January 16, 2024; and

3.      A Case Management Conference is scheduled for March __, 2024, at _____.  A joint case management conference statement must be filed with the Court at least seven days prior to the conference.

Dated: _____          _____

The Honorable Araceli Martínez-Olguín
United States District Court Judge

JOINT STATUS REPORT
Case No. 4:23-cv-04016-AMO

DB2/ 47195111.1