SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
THOMAS FOWLER (*pro hac vice* forthcoming)
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:   (617) 994-5800
Facsimile:    (617) 994-5801

Attorneys for Plaintiffs
NHU WEINBERG, SAMANTHA GONGORA,
JULIA STEELE, OMOLADE OGUNSANYA,
NANCI SILLS, KRISTA BESSINGER, and
IKUHIRO IHARA

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
roshni.kapoor@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NHU WEINBERG, SAMANTHA GONGORA, JULIA STEELE, OMOLADE OGUNSANYA, NANCI SILLS, KRISTA BESSINGER, IKUHIRO IHARA, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-04016-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    Pursuant to Civil Local Rule 6-2, Plaintiffs Nhu Weinberg, Samantha Gongora, Julia
2    Steele, Omolade Ogunsanya, Nanci Sills, Krista Bessinger, and Ikuhiro Ihara ("Plaintiffs") and
3    Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc.
4    (hereinafter "Defendant") (Plaintiffs and Defendant shall collectively be referred to as the
5    "Parties"), by and through their undersigned counsel, hereby stipulate as follows:
6    WHEREAS, on February 1, 2024, the Court scheduled a Case Management Conference
7    for May 2, 2024, at 10:00 a.m. (*see* ECF No. 22);
8    WHEREAS, on February 2, 2024, Defendant filed a Motion to Dismiss Plaintiffs'
9    Complaint (the "Motion") (*see* ECF No. 23);
10   WHEREAS, the Parties have fully briefed the Motion and the Motion is currently set for
11   hearing on June 6, 2024, at 2:00 p.m.;
12   WHEREAS, the Parties have met and conferred and believe that it would promote the
13   efficient use of judicial and party resources to address case management issues and scheduling
14   after the Court has ruled on the pending Motion; and
15   WHEREAS, the Parties request that the Court vacate the Case Management Conference
16   currently set for May 2, 2024, and re-set the Case Management Conference after ruling on the
17   pending Motion.
18   NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's
19   approval:
20   The Case Management Conference currently set for May 2, 2024, is vacated and shall be
21   re-set following the Court's ruling on Defendant's pending Motion to Dismiss.
22   The Parties' joint Case Management Conference statement shall be due one week in
23   advance of the continued case management conference date.
24   IT IS SO STIPULATED.
25   / / /
26   / / /
27   / / /
28

1

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE
Case No. 3:23-cv-04016-AMO

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated:  April 22, 2024 | NHU WEINBERG, SAMANTHA GONGORA, JULIA STEELE, OMOLADE OGUNSANYA, NANCI SILLS, KRISTA BESSINGER, and IKUHIRO IHARA |
| 3 |  |  |
| 4 |  |  |
| 5 |  | By their attorneys, |
| 6 |  | */s/ Thomas Fowler*<br>Shannon Liss-Riordan<br>Thomas Fowler |
| 7 |  |  |
| 8 |  | Respectfully submitted, |
| 9 | Dated:  April 22, 2024 | X CORP. as successor in interest to TWITTER, INC. |
| 10 |  |  |
| 11 |  | By their attorneys, |
| 12 |  | */s/ Eric Meckley*<br>Eric Meckley<br>Brian D. Berry<br>Ashlee N. Cherry<br>Roshni C. Kapoor<br>Kassia Stephenson |
| 13 |  |  |
| 14 |  |  |

**[PROPOSED] ORDER**

The Case Management Conference currently set for May 2, 2024, is vacated and shall be re-set following the Court's ruling on Defendant's pending Motion to Dismiss.

The Parties' joint Case Management Conference statement shall be due one week in advance of the Case Management Conference date.



GRANTED

Judge Araceli Martínez-Olguín

April 23, 2024

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE
Case No. 3:23-cv-04016-AMO

3