MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Roshni C. Kapoor, Bar No. 310612
roshni.kapoor@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:  +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:  +1.650.843.4001

MORGAN, LEWIS & BOCKIUS LLP
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626-7653
Tel:   +1.714.830.0435
Fax:  +1.714.830.0700

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NHU WEINBERG, SAMANTHA GONGORA, JULIA STEELE, OMOLADE OGUNSANYA, NANCI SILLS, KRISTA BESSINGER, IKUHIRO IHARA, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 4:23-cv-04016-AMO<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 50225509.1

DEFENDANT'S CERTIFICATE OF
INTERESTED PARTIES
CASE NO. 4:23-CV-04016-AMO

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant X Corp. f/k/a Twitter, Inc. ("Defendant") through its counsel, certifies that it is wholly owned by X Holdings Corp., a privately held corporation. No publicly held corporation owns 10% or more of X Corp.'s stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: February 21, 2025

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Eric Meckley*
   Eric Meckley
   Brian D. Berry
   Roshni C. Kapoor
   Ashlee Cherry
   Kassia Stephenson

   Attorneys for Defendant
   X CORP. f/k/a TWITTER, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 50225509.1

1

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
CASE NO. 4:23-CV-04016-AMO