|   |   |
|---|---|
| SHANNON LISS-RIORDAN (SBN 310719)<br>(sliss@llrlaw.com)<br>BRADLEY MANEWITH (*pro hac vice*)<br>(bmanewith@llrlaw.com)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Facsimile: (617) 994-5801<br><br>Attorneys for Plaintiffs<br>NHU WEINBERG, SAMANTHA GONGORA,<br>JULIA STEELE, OMOLADE OGUNSANYA,<br>NANCI SILLS, KRISTA BESSINGER, and<br>IKUHIRO IHARA | MORGAN, LEWIS & BOCKIUS LLP<br>Eric Meckley, Bar No. 168181<br>eric.meckley@morganlewis.com<br>Brian D. Berry, Bar No. 229893<br>brian.berry@morganlewis.com<br>Roshni Kapoor, Bar No. 310612<br>roshni.kapoor@morganlewis.com<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel:   +1.415.442.1000<br>Fax:   +1.415.442.1001<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Ashlee N. Cherry, Bar No. 312731<br>ashlee.cherry@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>Tel:   +1.650.843.4000<br>Fax:   +1.650.843.4001<br><br>Attorneys for Defendant<br>X CORP. AS SUCCESSOR IN<br>INTEREST TO TWITTER, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NHU WEINBERG, SAMANTHA GONGORA, JULIA STEELE, OMOLADE OGUNSANYA, NANCI SILLS, KRISTA BESSINGER, and IKUHIRO IHARA,<br><br>Plaintiffs,<br><br>vs.<br><br>TWITTER, INC. and X CORP.,<br><br>Defendants. | Case No. 3:23-cv-04016-AMO<br><br>**JOINT PROPOSED SCHEDULE** |

Pursuant to the Court's minute order dated May 29, 2025 (ECF No. 59), Plaintiffs Nhu Weinberg, Samantha Gongora, Julia Steele, Omolade Ogunsanya, Nanci Sills, Krista Bessinger, and Ikuhiro Ihara ("Plaintiffs") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiffs and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby submit the following Joint Proposed Schedule:

| **Event Deadline** | **Date** |
| --- | --- |
| Close of Fact Discovery | November 19, 2025 |
| Disclose Expert Reports | December 10, 2025 |
| Disclose Rebuttal Expert Reports | January 7, 2026 |
| Close of Expert Discovery | January 28, 2026 |
| Motion for Summary Judgment (MSJ) | February 18, 2026 |
| Opp. to MSJ | March 18, 2026 |
| Reply to MSJ | April 1, 2026 |
| Hearing on MSJ | April 30, 2026 at 2:00 pm |
| Pre-Trial Conference Statement | August 5, 2026 |
| Pre-Trial Conference | August 27, 2026 at 11:00 am |
| Trial* | September 2026 |

*After the close of discovery, Defendant anticipates filing a motion to sever one or more of the Plaintiffs' claims. The length of the trial may be affected accordingly.

///
///
///
///
///
///
///

1  IT IS SO STIPULATED.

2                                              Respectfully submitted,

3                                              NHU WEINBERG, SAMANTHA GONGORA,
                                               JULIA STEELE, OMOLADE OGUNSANYA,
4                                              NANCI SILLS, KRISTA BESSINGER, and
                                               IKUHIRO IHARA

5
                                               /s/ *Shannon Liss-Riordan*
6                                              Shannon Liss-Riordan, SBN 310719
                                               Bradley Manewith (*pro hac vice*)
7                                              LICHTEN & LISS-RIORDAN, P.C.
                                               729 Boylston Street, Suite 2000
8                                              Boston, MA 02116
                                               (617) 994-5800
9                                              email:  sliss@llrlaw.com;
                                               email:  bmanewith@llrlaw.com
10
                                               Respectfully submitted,
11
                                               X CORP. as successor in interest to
12                                             TWITTER, INC.

13                                             /s/ *Brian D. Berry*
                                               Eric Meckley, SBN 168181
14                                             Brian D. Berry, SBN 229893
                                               Roshni Kapoor, Bar No. 310612
15                                             Ashlee N. Cherry, SBN 312731
                                               MORGAN, LEWIS, & BOCKIUS LLP
16                                             One Market, Spear Street Tower
                                               San Francisco, CA 94105
17                                             (415) 442-1000
                                               email: eric.meckley@morganlewis.com;
18                                             email: brian.berry@morganlewis.com;
                                               email: roshni.kapoor@morganlewis.com;
19                                             email: ashlee.cherry@morganlewis.com

20  Dated:  June 13, 2025

21

22                              **FILER'S ATTESTATION**

23       Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories

24  listed, and on whose behalf this filing is submitted, concur in the document's content, and have

25  authorized the filing.

26  Dated: June 13, 2025                        By *Brian D. Berry*
                                                    Brian D. Berry
27

28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____

_____
The Honorable Araceli Martínez-Olguín
United States District Court Judge